THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GLADYS NAZAR, Appellant.

Argued April 15, 1953; decided May 22, 1953.

*Milton H. Spiero* for appellant.

*Frank S. Hogan, District Attorney* (*Jack M. Cotton* and *Charles W. Manning* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.